

# United States District Court
# Eastern District of California

| | |
|---|---|
| Lisandro Pantaleon Pacheco | |
| Plaintiff(s) | Case Number: 1:26-cv-03716-DJC-SCR (HC) |
| V. | |
| Christopher Chestnut, Warden, et al | APPLICATION FOR PRO HAC VICE |
| Defendant(s) | AND ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Marti L. Jones _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Lisandro Pantaleon Pacheco

On _____ 10/10/1990 _____ (date), I was admitted to practice and presently in good standing in the

UT State Bar, UT Supreme, USDC UT District (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☒ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Please see attachment.

Date: 5/14/2026      Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Marti L. Jones |
| Law Firm Name: | STOWELL CRAYK, PLLC |
| Address: | 4252 S. 700 E. |
| City: | Millcreek    State: UT    Zip: 84107 |
| Phone Number w/Area Code: | (385) 528-1038 |
| City and State of Residence: | Millcreek, UT |
| Primary E-mail Address: | marti@lawscb.com |
| Secondary E-mail Address: | rebecca@lawscb.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Brett Parkinson |
| Law Firm Name: | PARKINSON BENSON POTTER (PBP LAW) |
| Address: | 100 Pine Street |
| | Suite 1250 |
| City: | San Francisco    State: CA    Zip: 94111 |
| Phone Number w/Area Code: | (415) 534-7970    Bar # 230150 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:    May 14, 2026

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE